UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA S. ROBINSON,<br><br>           Plaintiff,<br><br>   v.<br><br>GREATER LAKES RECOVERY CENTER,<br><br>           Defendant. | CASE NO. 3:19-cv-05695-RJB<br><br>ORDER TO AMEND COMPLAINT |

The District Court has referred this matter to the undersigned pursuant to General Order 02-19. On October 28, 2019, this Court directed plaintiff to amend her complaint to include what relief she is seeking. *See* Dkt. 7.

Plaintiff submitted her amended complaint on December 2, 2019. This was several days past the November 26, 2019 due date. However, because the deadline fell the day before the Thanksgiving Holiday, the Court will excuse the late filing. However, even pro se plaintiffs are required to follow Court orders and deadlines, and no further late filings will be permitted without good cause. *See Briones v. Riviera Hotel and Casino*, 116 F.3d 379, 382 (9th Cir. 1997)

ORDER TO AMEND COMPLAINT - 1

(Plaintiff is "not excused from following court rules."). Plaintiff can find additional information for representing herself at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

Plaintiff's amended complaint appears to be plaintiff's amended complaint from plaintiff's state superior court claim. Plaintiff's initial complaint used the proper form, but did not state what amount of damages she is seeking.

This Court will allow plaintiff another opportunity to amend her complaint. Plaintiff should:

1) File her complaint using the same form she used when she initially filed.
2) Include on that form the amount of damages she is seeking. For example, plaintiff could state that she is seeking $75,000 in damages.

Plaintiff should file her **second amended complaint by January 17, 2020**. Failure to properly amend the complaint may result in the denial of plaintiff's IFP application and dismissal of her claim.

Dated this 20th day of December, 2019.

_____
J. Richard Creatura
United States Magistrate Judge